**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEREMY KENNEDY,                                                                                           PETITIONER
ADC #093061

V.                                              5:15CV00367-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al.*                                                    RESPONDENTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED without prejudice; the Motion for Temporary Restraining Order (Doc. No. 4) is DENIED, the Motion for Summary Judgment (Doc. No. 5) is DENIED; and Respondents' Motion to Dismiss is DENIED (Doc. No. 8).

SO ORDERED this 11th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE